IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CLINTON STRANGE, : | |
| : | |
| Plaintiff, : | Case No. 2:21-cv-04832 |
| : | |
| v. : | Chief Judge Algenon L. Marbley |
| : | Magistrate Judge Elizabeth P. Deavers |
| SHRI HARI : | |
| GOMARKETIN, LLC, : | |
| : | |
| Defendant. : | |

## ORDER

This matter is before the Court on Plaintiff Clinton Strange's *pro se* Motion to Re-Open the Case and Dismiss With Prejudice. (ECF No. 14). On January 31, 2022, Plaintiff filed a notice of voluntary dismissal without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i). (ECF No. 12). On March 2, 2022, Magistrate Judge Deavers directed the Clerk terminate the case. (ECF No. 14). On November 17, 2023, Plaintiff filed the motion *sub judice* requesting that this Court enter a judgment of dismissal *with* prejudice under Fed. R. Civ. P. 41. For good cause shown, Plaintiff's motion (ECF No. 14) is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

*[signature]*

**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: November 20, 2023**