**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

| | |
|---|---|
| **CLINTON STRANGE,** | : |
| **Plaintiff,** | : Case No. 2:21-cv-04832 |
| v. | : **Chief Judge Algenon L. Marbley** |
| | : **Magistrate Judge Elizabeth P. Deavers** |
| **SHRI HARI GOMARKETIN, LLC,** | : |
| **Defendant.** | : |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED that pursuant to the November 20, 2023 Order GRANTING Plaintiff's Motion to Reopen Case and Dismiss with Prejudice, the Court GRANTED the Motion. This case is now DISMISSED WITH PREJUDICE.

**Date: November 20, 2023**         **Richard W. Nagel, Clerk**

                                                    s/Diane M. Stash
                                             Diane M. Stash/Deputy Clerk